RYAN, Circuit Judge.
Lucy Mazurek Pilch, aka Lucy M. Mazu-rek, a bankruptcy debtor and unsuccessful petitioner in a bankruptcy adversary proceeding, appealed the bankruptcy court’s decision to the district court. The district court held: 1) it is without jurisdiction to entertain Pilch’s appeal of the bankruptcy court’s order overruling her objection to a creditor’s amended proof of claim; and 2) the Trustee, Rose E. Bareham’s compensation was not calculated improperly. We find no error in the district court’s decision.
Moreover, the district court judge, Honorable Gordon J. Quist, prepared a well-reasoned opinion that thoroughly discusses and analyzes each issue presented to this court. Because we cannot improve upon the reasoning in Judge Quist’s excellent opinion, we adopt his opinion as our own.
Accordingly, we AFFIRM the judgment of the district court.